# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

June 3, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-1947
>
> Caption:
> PROPERTY CASUALTY INSURERS ASSOCIATON OF AMERICA,
>   Plaintiff - Appellant
>
> v.
>
> ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
>   Defendants - Appellees
>
> District Court No: 1:13-cv-08564
> District Judge Rebecca R. Pallmeyer
> Clerk/Agency Rep Thomas G. Bruton
>
> Date NOA filed in District Court: 05/24/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**   (form ID: **188**)