**No. 24-1947**

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS OF AMERICA,
*Plaintiff-Appellant*,

*v.*

ADRIANNE TODMAN, ACTING SECRETARY OF THE
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:13-cv-08564
Before the Honorable Chief Judge Rebecca R. Pallmeyer

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE OPENING BRIEF**

ANDRES C. SALINAS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ROWE W. SNIDER
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

SETH P. WAXMAN
CATHERINE M.A. CARROLL
JEREMY W. BRINSTER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com

COLLEEN MARIE CAMPBELL
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
(720) 274-3135

June 13, 2024

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and Circuit Rules 26 and 31, Plaintiff-Appellant Property Casualty Insurers Association of America ("PCI")[1] respectfully seeks a 30-day extension of the July 15, 2024 deadline to file the opening brief and required appendix in this appeal. If this requested extension were granted, the deadline for PCI's opening brief and appendix would be August 14, 2024. As explained in the attached declaration, good cause exists for this extension, and Defendants-Appellees do not oppose.

                                              Respectfully submitted.

                                              /s/ *Seth P. Waxman*

| | |
|---|---|
| ANDRES C. SALINAS<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>ROWE W. SNIDER<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700<br><br>June 13, 2024 | SETH P. WAXMAN<br>CATHERINE M.A. CARROLL<br>JEREMY W. BRINSTER<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000<br>seth.waxman@wilmerhale.com<br><br>COLLEEN MARIE CAMPBELL<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600<br>Denver, CO 80202<br>(720) 274-3135 |

---

[1]     Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

## DECLARATION OF SETH P. WAXMAN

I, Seth P. Waxman, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and represent Plaintiff-Appellant Property Casualty Insurers Association of America ("PCI") in this action.

2. On May 24, 2024, PCI timely filed a notice of appeal and docketing statement in the district court. The Court docketed this appeal on June 3, 2024.

3. Under Federal Rule of Appellate Procedure 31 and Circuit Rule 31, the current deadline for PCI's opening brief and appendix is July 15, 2024.

4. Counsel for PCI requires additional time to complete the opening brief. During the briefing period, counsel for PCI will be preparing the principal brief in *Democratic National Committee v. Scanlan*, 2024-0247 (N.H.) (brief due June 17, 2024); briefing and preparing to argue a dispositive motion in *Kestenbaum v. President and Fellows of Harvard College*, 1:24-cv-10092-RGS (D. Mass.) (brief due June 18 and hearing scheduled for July 24, extensions and continuances previously granted); preparing a responsive pleading in *United States ex rel. Duffy v. RPS Group, Inc.*, 1:20-cv-00212-JJM-PAS (D.R.I.) (due July 11, extension previously granted); preparing a reply brief in support of a preliminary injunction motion in *American Council of Life Insurers v. U.S. Department of Labor*, 4:24-cv-00482-O (N.D. Tex.) (reply due July 12, extension previously

2

granted); preparing a petition for a writ of certiorari in *Dwight Russell, et al. v. Harris County, Texas, et al.*, 23A986 (U.S.) (petition due July 15, maximum extension previously granted); preparing a principal brief in *Apple et al. v. Vidal*, 24-1864 (Fed. Cir.) (brief due July 22); preparing a reply brief in *Glossip v. Oklahoma*, 22-7466 (U.S.) (reply due August 14, extension previously granted); and preparing a principal brief in *Mi Familia Vota, et al. v. Mayes, et al.*, 24-3559 (9th Cir.) (brief due August 15, extension previously granted).

6. Counsel for PCI will also be traveling and out of the office during parts of this briefing period, including from July 6-14, and over the Fourth of July holiday.

7. Given counsel's preexisting obligations, additional time is needed to prepare an opening brief that will most effectively and efficiently present the issues for the Court's consideration. Once a draft is complete, time will also be needed for PCI's review. Counsel for PCI therefore request an additional 30 days, up to and including August 14, 2024, to fully and adequately prepare its opening brief.

8. Consistent with Circuit Rule 26, PCI's counsel contacted counsel for Defendants-Appellees on June 12, 2024, and shared a copy of this extension motion and affidavit. Counsel for Defendants-Appellees responded that they do not object to this extension request.

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted.

June 13, 2024

/s/ *Seth P. Waxman*
SETH P. WAXMAN

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of the word-processing system used to generate the brief (Microsoft Word), the motion contains 113 words.

/s/ *Seth P. Waxman*
SETH P. WAXMAN

## CERTIFICATE OF SERVICE

On June 13, 2024, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

/s/ *Seth P. Waxman*
SETH P. WAXMAN
