# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 14, 2024

*By the Court:*

| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>   Plaintiff - Appellant<br>v.<br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>   Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

  Upon consideration of the **APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF**, filed on June 13, 2024, by counsel for the appellant,

  **IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1.  The brief and required short appendix of the appellant(s) will be due by August 14, 2024.

2.  The brief of the appellee(s) will be due by September 13, 2024.

3.  The reply brief of the appellant(s), if any, will be due by October 4, 2024.

Important Scheduling Notice !

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)