# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,

                        Plaintiff-Appellant

v.

ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

                        Defendants-Appellees

On Appeal from the United States District Court
for the Northen District of Illinois, No. 13-8564

**CONSENT MOTION OF AMERICAN BANKERS ASSOCIATION AND INDEPENDENT COMMUNITY BANKERS OF AMERICA® TO FILE BRIEF AS *AMICUS CURIAE* IN SUPPORT OF PLAINTIFF-APPELLANT SEEKING REVERSAL AND VACATUR**

| | |
|---|---|
| Paul F. Hancock<br>K&L GATES LLP<br>Southeast Financial Center, Suite 3900<br>200 South Biscayne Boulevard<br>Miami, FL 33131-2399<br>(305) 539-3300<br>paul.hancock@klgates.com | John Longstreth<br>K&L GATES LLP<br>1601 K Street NW<br>Washington, D.C. 20006<br>(202) 778-9000<br>john.longstreth@klgates.com<br><br>*Counsel for Amici Curiae* |

1

American Bankers Association ("ABA") and Independent Community Bankers of America® ("ICBA) move to file the attached brief as *amici curiae* in the above-captioned matter. The brief is timely lodged in support of Appellant Property Casualty Insurers Association Of America, and it contains no more than 7,000 words. All parties were asked and consented in writing to the filing of this amicus brief.

*Amici* respectfully submit that this brief will assist the Court in assessing the issues on appeal. The ABA is the principal national trade association of the financial services industry in the United States, and the ICBA focuses on creating and promoting an environment where community banks flourish. *Amici* and their members vigorously support the Fair Housing Act and strongly oppose discrimination in any aspect of housing or lending, but have serious concerns that United States Department of Housing and Urban Development Rule at issue in this appeal is based on a misunderstanding and misstatements of the applicable law, including the effects of the Civil Rights Act of 1991. Adopting or endorsing HUD's erroneous views would create significant uncertainty and disruption for *amici'*s members in complying with the Fair Housing Act and risk exacerbating the costs of litigation well beyond what *amici*'s members would face in complying with governing Supreme Court precedent.

*Amici*'s counsel have substantial experience with this precedent, including experience at the Civil Rights Division of the Department of Justice at the time that some it was decided and when the Civil Rights Act of 1991 was enacted. *Amici* respectfully submit that the perspectives in the brief based on this experience could be of benefit to the Court in addressing these issues as relevant to Appellant's claims.

Amici therefore respectfully request that this motion be granted and the attached brief filed in the docket. *Amici* do not intend to request argument time.

Respectfully submitted,

Paul F. Hancock
K&L GATES LLP
Southeast Financial Center, Suite 3900
200 South Biscayne Boulevard
Miami, FL 33131-2399
(305) 539-3300
paul.hancock@klgates.com

/s/ John Longstreth
John Longstreth
K&L GATES LLP
1601 K Street NW
Washington, D.C. 20006
(202) 778-9000
john.longstreth@klgates.com

*Counsel for Amici Curiae American Bankers Association and Independent Community Bankers of America*®

August 21, 2024

3

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Rule 26.1 of this Court, *Amici Curiae* American Bankers Association ("ABA") and Independent Community Bankers of America® ("ICBA") make the following disclosures:

(1) The full name of every party that the attorney represents in the case:

American Bankers Association

Independent Community Bankers of America®

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

K&L Gates LLP

(3) If the party or amicus is a corporation:

(i) Identify all its parent corporations, if any;

N/A

and

ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

N/A

Attorney's Signature: __/s/ John Longstreth_____ Date:_8/21/2024_____

Attorney's Printed Name:  John Longstreth

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).  Yes_ X__  No ___.

Address:        1601 K Street, NW
                Washington, DC 20006

Phone Number:  202-661-6271

Fax Number:    202-778-9100

E-Mail Address: john.longstreth@klgates.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2024, I caused the foregoing document to be filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit using the Court's electronic filing system, which will send a notice of electronic filing to all attorneys appearing in this matter

                                      s/*John Longstreth*
                                      John Longstreth
                                      Counsel for *Amici Curiae*