# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 22, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br>　　　　Plaintiff - Appellant <br><br> v. <br><br> ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer | |

　　Upon consideration of the **CONSENT MOTION OF AMERICAN BANKERS ASSOCIATION AND INDEPENDENT COMMUNITY OF BANKERS OF AMERICA TO FILE BRIEF AS AMICUS CURIAE IN SUPPORT OF PLAINTIFF-APPELLANT SEEKING REVERSAL AND VACATUR**, filed on August 21, 2024, by counsel for the amici curiae,

　　**IT IS ORDERED** that the motion to file an amici curiae brief by consent is **GRANTED** only to the extent that the American Bankers Association and Independent Community Bankers of America may file, on or before August 29, 2024, an amicus curiae brief that complies with this court's rules. Specifically, the brief must contain disclosure statements for each attorney listed on the cover of the brief. *See* Fed. R. App. P. 26.1, 29(a)(4)(A); Cir. R. 26.1. No changes to the substance of the brief will be permitted.

form name: **c7_Order_BTC**　　(form ID: **178**)