# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| |
|---|
| Appellate Case No:  24-1947 <br><br> Caption: <br> PROPERTY CASUALTY INSURERES ASSOCIATION OF AMERICA, <br>        Plaintiff – Appellant <br><br> v. <br><br> ADRIANNE TODMAN, Acting Secretary of the Department of <br> Housing and Urban Development and UNITED STATES <br> DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br>        Defendants – Appellees |
| District Court No:  1:13-cv-08564 <br> District Judge Rebecca R. Pallmeyer <br> Clerk/Agency Rep Thomas G. Bruton <br><br> Date NOA filed in District Court:  05/24/2024 <br><br> Fed. Rules App. Proc. R. 27 and 27(b) |

JOHN C. KEENAN
Idaho Deputy Attorney General, for
Amicus State of Idaho, Attorney General Raul Labrador,
on behalf of the Idaho Department of Insurance
Idaho State Bar No. 3873
700 W. State Street, 3rd Floor
Boise, ID 83720
Telephone: (208) 334-4283
john.keenan@doi.idaho.gov

**MOTION FOR LEAVE TO FILE A CORRECTED AMICUS BRIEF
LISTING THE STATES OF ARKANSAS AND UTAH AS SIGNATORIES AS
INADVERTENTLY OMITTED DUE TO MISCOMMUNICATION**

    The undersigned counsel, John C. Keenan, Lead Deputy Attorney General, on behalf of

Amicus Curiae State of Idaho, *es. rel.* Director Dean Cameron, Idaho Department of Insurance in

relation to the States Amicus Curiae Brief filed on Wednesday, August 21, 2024, inclusive of the Amici

1

Curiae States of Idaho, Montana, Louisiana, Georgia, South Dakota, North Dakota, Oklahoma, Mississippi, Ohio, Iowa, New Hampshire, and Alabama, does hereby, make the following Motion based on Fed. R. App. P. 27:

MOTION for Leave to File a Corrected Amicus Brief Listing the States of Arkansas and Utah as Signatories on the States Amicus Brief filed on August 21, 2024; for the cause that the States of Arkansas and Utah earlier communicated their respective intent to join the Amicus Curiae Brief but there was a miscommunication, and the States of Arkansas and Utah were inadvertently omitted due to the miscommunication.

Respectfully submitted this 23rd day of August, 2024.

Respectfully Submitted,

/s/ *John C. Keenan*

JOHN C. KEENAN
Idaho Deputy Attorney General, for
Amicus State of Idaho, Attorney General Raul Labrador, on behalf of the
Idaho Department of Insurance
Idaho State Bar No. 3873
700 W. State Street, 3rd Floor
Boise, ID 83720
Telephone: (208) 334-4283
john.keenan@doi.idaho.gov

## CERTIFICATE OF SERVICE

On August 21, 2024, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

/s/ *John C. Keenan*

JOHN C. KEENAN