## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 26, 2024

*By the Court:*

| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>    Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>    Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer ||

Upon consideration of the **MOTION FOR LEAVE TO FILE A CORRECTED AMICUS BRIEF LISTING THE STATES OF ARKANSAS UTAH AS SIGNATORIES AS INADVERTENTLY OMITTED DUE TO MISCOMMUNICATION**, filed on August 23, 2024, by counsel for the amicus curiae,

**IT IS ORDERED** that the motion is **GRANTED**. Counsel for amici curiae State of Idaho, Idaho Department of Insurance, State of Montana, Director Dean Cameron, Commissioner Troy Downing, et al., may electronically submit a corrected amicus brief by August 30, 2024. Counsel is reminded that no changes other than those specified in the motion may be made. This brief will replace the brief filed on August 21, 2024.

form name: **c7_Order_BTC**    (form ID: **178**)