IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA,

Plaintiff-Appellant,

v.

ADRIANNE TODMAN, Acting Secretary
of the Department of Housing and
Urban Development, *et al.*,

Defendants-Appellees.

No. 24-1947

**UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE APPELLEES' BRIEF**

Pursuant to Seventh Circuit Rule 26, appellees Adrianne Todman and the U.S. Department of Housing and Urban Development (HUD) hereby move for a 27-day extension of time to and including October 10, 2024, to file their appellees' brief, which is currently due September 13, 2024. The reasons for this motion are explained in the accompanying declaration of counsel. Counsel for plaintiff-appellant have indicated that they are unopposed to this motion.

Respectfully submitted,

  s/ Stephanie R. Marcus
   STEPHANIE R. MARCUS
   Attorney, Appellate Staff
   Civil Division, Room 7539
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Washington, D.C. 20530
   (202) 514-1633

AUGUST 2024

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS
ASSOCIATION OF AMERICA,

Plaintiff-Appellant,

v.

ADRIANNE TODMAN, Acting Secretary
of the Department of Housing and
Urban Development, *et al.*,

Defendants-Appellees.

No. 24-1947

**DECLARATION OF STEPHANIE R. MARCUS IN SUPPORT OF
MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF**

I, Stephanie R. Marcus, hereby state as follows.

1. I am an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice.

2. Appellant filed its opening brief on August 14, 2024, after this Court granted appellant's motion for a 30-day extension of time. The following week, four amicus briefs in support of appellant were filed. The appellees' brief is currently due on September 13, 2024. Appellees have not previously requested an extension of time, and this appeal is not currently scheduled

for oral argument. For the reasons set forth below, the requested 27-day extension is necessary for government counsel to file the appellees' brief.

3. Primary responsibility for preparing the appellees' brief has been assigned to me and my reviewer, Michael S. Raab. The requested extension is necessary because of the press of other pending litigation. Mr. Raab and I are reviewers in *State of Tennessee, et al. v. EEOC,* No. 24-2249 (8th Cir.) (response brief filed Aug. 23, 2024; oral argument set for Sept. 24, 2024). I am also assisting the Office of the Solicitor General in preparing the brief for respondent in the Supreme Court in *Advocate Christ Medical Ctr., et al. v. Becerra,* S. Ct. No. 23-715 (respondent's brief due Sept. 19, 2024).

4. Mr. Raab is the reviewer in numerous other cases during the relevant time period, including *State of Missouri v. Biden*, No. 24-2332 (8th Cir.) (opening brief filed Aug. 16, 2024); *U.S. ex rel Grant v. Zorn*, Nos. 22-3481, 22-3591 (8th Cir.) (petition for rehearing filed Aug. 16, 2024); *State of Alaska v. Dept. of Educ.*, Nos. 24-3089, 24-3094 (10th Cir.) (supplemental brief filed Aug. 19, 2024); *Commonwealth of Kentucky v. FHWA*, No. 24-5532 (6th Cir.) (opening brief due Aug. 30); *State of Texas v. USDOT,* No. 24-10470 (5th Cir.) (opening brief due Sept. 4, 2024); *Bristol Myers Squibb & Jannsen v. Becerra*, Nos. 24-1820, 24-1821 (3d Cir.) (response brief due Sept. 9, 2024);

*AstraZeneca Pharmaceuticals v. Becerra*, No. 24-1819 (3d Cir.) (response brief due Sept. 12, 2024); and *State of Texas v. ATF*, No. 24-10612 (5th Cir.) (opening brief due Sept. 17). Mr. Raab and I are also responsible for a variety of other appellate matters during the relevant time period.

5. In addition, I was out of the office on previously scheduled leave from August 15-21, 2024. Mr. Raab and I also need the additional time to consult with HUD agency counsel and Department of Justice counsel who worked on the case in district court.

6. Counsel for plaintiff-appellant informed us that they are unopposed to this request for a 27-day extension.

7. For the foregoing reasons, the requested 27-day extension is warranted to ensure an adequate opportunity to prepare the appellees' brief in this case.

I declare under penalty of perjury that the foregoing is true and correct.

                                       s/ Stephanie R. Marcus
                                       STEPHANIE R. MARCUS
                                       Attorney, Appellate Staff
                                       Civil Division, Room 7539
                                       U.S. Department of Justice

Executed on August 29, 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E). The word processing program (Word for Microsoft 365) used to prepare the motion reports that the motion is 573 words long. The motion has been prepared in a proportionally spaced typeface using Word for Microsoft 365 with Book Antiqua, 14 point font.

      /s/ Stephanie R. Marcus
      Stephanie R. Marcus

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of August, 2024, I electronically filed the foregoing motion, with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I further certify that on this 29th day of August, 2024, I served the foregoing motion on counsel of record via the CM/ECF system.

      /s/ Stephanie R. Marcus
      Stephanie R. Marcus