No. 24-1947

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,
*Plaintiff-Appellant*,

v.

ADRIANNE TODMAN, ACTING SECRETARY OF THE
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:13-cv-08564
Before the Honorable Chief Judge Rebecca R. Pallmeyer

**MOTION TO WITHDRAW APPEARANCE**

ANDRES C. SALINAS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ROWE W. SNIDER
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

August 30, 2024

SETH P. WAXMAN
CATHERINE M.A. CARROLL
JEREMY W. BRINSTER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
catherine.carroll@wilmerhale.com

COLLEEN MARIE CAMPBELL
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
(720) 274-3135

Pursuant to Federal Rule of Appellate Procedure 27, Catherine Carroll respectfully requests leave to withdraw her individual appearance as counsel on behalf of Plaintiff-Appellant Property Casualty Insurers Association of America. On August 30, 2024, Ms. Carroll will be leaving the firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"). Plaintiff-Appellant Property Casualty Insurers of America will continue to be represented in the appeal by Seth P. Waxman (counsel of record), Colleen Campbell, Jeremy W. Brinster, Andres C. Salinas, and Rowe W. Snider. Accordingly, Ms. Carroll's withdrawal will not result in any prejudice or delay.

                                                            Respectfully submitted.

                                                            /s/ *Catherine Carroll*

| | |
|---|---|
| ANDRES C. SALINAS<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 230-8800<br><br>ROWE W. SNIDER<br>LOCKE LORD LLP<br>111 South Wacker Drive<br>Chicago, IL 60606<br>(312) 443-0700<br><br>August 30, 2024 | SETH P. WAXMAN<br>CATHERINE M.A. CARROLL<br>JEREMY W. BRINSTER<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>2100 Pennsylvania Avenue NW<br>Washington, DC 20037<br>(202) 663-6000<br>catherine.carroll@wilmerhale.com<br><br>COLLEEN MARIE CAMPBELL<br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>1225 Seventeenth Street, Suite 2600<br>Denver, CO 80202<br>(720) 274-3135 |

# CERTIFICATE OF SERVICE

On August 30, 2024, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

/s/ *Catherine Carroll*

Catherine Carroll