# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

August 30, 2024

*By the Court:*

| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br>        Plaintiff - Appellant <br><br> v. <br><br> ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, <br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-08564 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer ||

    Upon consideration of the **MOTION TO WITHDRAW APPEARANCE**, filed on August 30, 2024, by attorney Catherine M.A. Carroll,

    **IT IS ORDERED** that the motion is **GRANTED** and attorney Catherine Carroll may withdraw from further representation of the appellant in this matter. Attorney Seth P. Waxman will continue to serve as counsel of record for appellant Property Casualty Insurers Association of America.

form name: **c7_Order_BTC**     (form ID: **178**)