No. 24-1947

# UNITED STATES COURT OF APPEALS
## FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,
*Plaintiff-Appellant*,

v.

ADRIANNE TODMAN, ACTING SECRETARY OF THE
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND
UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,
*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:13-cv-08564
Before the Honorable Chief Judge Rebecca R. Pallmeyer

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY BRIEF**

ANDRES C. SALINAS
WILMER CUTLER PICKERING
  HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 230-8800

ROWE W. SNIDER
LOCKE LORD LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700

October 15, 2024

SETH P. WAXMAN
KELLY P. DUNBAR
JEREMY W. BRINSTER
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 20037
(202) 663-6000
seth.waxman@wilmerhale.com

COLLEEN MARIE CAMPBELL
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1225 Seventeenth Street, Suite 2600
Denver, CO 80202
(720) 274-3135

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1), and Circuit Rules 26 and 31, Plaintiff-Appellant Property Casualty Insurers Association of America ("PCI")[1] respectfully seeks a 14-day extension of the October 31, 2024 deadline to file its reply brief. If this requested extension were granted, the deadline for PCI's reply brief would be November 14, 2024. As explained in the attached declaration, good cause exists for this extension, and Defendants-Appellees do not oppose.

Respectfully submitted.

/s/ *Seth P. Waxman*

| | |
|---|---|
| ANDRES C. SALINAS | SETH P. WAXMAN |
| WILMER CUTLER PICKERING HALE AND DORR LLP | KELLY P. DUNBAR |
| | JEREMY W. BRINSTER |
| 7 World Trade Center | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 250 Greenwich Street | |
| New York, NY 10007 | 2100 Pennsylvania Avenue NW |
| (212) 230-8800 | Washington, DC 20037 |
| | (202) 663-6000 |
| ROWE W. SNIDER | seth.waxman@wilmerhale.com |
| LOCKE LORD LLP | |
| 111 South Wacker Drive | COLLEEN MARIE CAMPBELL |
| Chicago, IL 60606 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| (312) 443-0700 | |
| | 1225 Seventeenth Street, Suite 2600 |
| | Denver, CO 80202 |
| October 15, 2024 | (720) 274-3135 |

---

[1] Effective January 1, 2019, the American Insurance Association merged with and into PCI. Effective February 5, 2019, PCI re-domesticated and changed its name to the American Property Casualty Insurance Association.

1

# DECLARATION OF SETH P. WAXMAN

I, Seth P. Waxman, declare as follows:

1. I am a partner at Wilmer Cutler Pickering Hale and Dorr LLP and represent Plaintiff-Appellant Property Casualty Insurers Association of America ("PCI") in this action.

2. On May 24, 2024, PCI timely filed a notice of appeal and docketing statement in the district court. The Court docketed this appeal on June 3, 2024.

3. On June 14, 2024, the Court granted PCI's unopposed motion for an extension of time to file its opening brief and appendix. PCI timely filed its opening brief and appendix on August 14, 2024.

4. On August 30, 2024, the Court granted the unopposed motion of Defendants-Appellees Adrianne Todman and U.S. Department of Housing and Urban Development (collectively, "HUD") for an extension of time to file their response brief. HUD timely filed a response brief on October 10, 2024.

5. Under Federal Rule of Appellate Procedure 31(a), PCI's reply brief is currently due on October 31, 2024.

6. Counsel for PCI requires additional time to complete the reply brief. During the briefing period, counsel for PCI will be engaged in extensive ongoing litigation relating to the November 5, 2024 elections, including oral argument on October 17, 2024, in *Republican National Committee et al. v. North Carolina State*

*Board of Elections et al.*, No 5:24-cv-547 (E.D.N.C). Counsel for PCI also will be preparing to argue a dispositive motion in *Brandeis Center v. President and Fellows of Harvard College*, No. 1:24-cv-11354-RGS (D. Mass.) (hearing scheduled for October 23); preparing for a hearing in *P2bi Holdings, LLC v. UnitedHealth Group*, No. 2020-cv-31605 (Colo. Dist. Ct.) (hearing scheduled for October 31); and preparing to file an answer in *Foldi v. Board of Education for Montgomery County*, No. 8:23-cv-03089 (D. Md.) (answer due October 31, extension previously granted).

7. Counsel for PCI will also be traveling and out of the office during parts of this briefing period, including October 16-18 and 22-23, 2024.

8. This is a complex appeal involving the interaction between two different federal statutes and several district court rulings spanning nearly a decade. Counsel for PCI is aware of at least one amicus brief that will be filed in support of Defendants-Appellees, which likely will warrant a response in PCI's reply brief.

9. Given counsel's preexisting obligations and the complexity of this case, additional time is needed to prepare a reply brief that will most effectively and efficiently present the issues for the Court's consideration. Once a draft is complete, time will also be needed for PCI's review. Counsel for PCI therefore

request an additional 14 days, up to and including November 14, 2024, to fully and adequately prepare PCI's reply brief.

10. Consistent with Circuit Rule 26, PCI's counsel contacted counsel for Defendants-Appellees on October 14, 2024, and shared a copy of this extension motion and affidavit. Counsel for Defendants-Appellees responded that they do not object to this extension request.

* * *

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted.

October 15, 2024

/s/ *Seth P. Waxman*
SETH P. WAXMAN

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) in that, according to the word-count function of the word-processing system used to generate the brief (Microsoft Word), the motion contains 105 words.

/s/ *Seth P. Waxman*
SETH P. WAXMAN

## CERTIFICATE OF SERVICE

On October 15, 2024, I filed the foregoing using the CM/ECF system, which effected service on all registered counsel.

/s/ *Seth P. Waxman*
SETH P. WAXMAN