# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

October 29, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br><br>        Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>        Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

**IT IS ORDERED** that oral argument scheduled for December 12, 2024, is **VACATED**. Argument in this appeal will be rescheduled by separate order.

form name: **c7_Order_BTC**    (form ID: **178**)