# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

**PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,**

*Plaintiff-Appellant*,

v.

**ADRIANNE TODMAN, ACTING SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**

*Defendants-Appellees*.

Appeal From the United States District Court
for the Northern District of Illinois
Case No. 1:13-cv-08564
The Honorable Chief Judge Rebecca R. Pallmeyer

## NOTICE OF SUBSTITUTION OF AMICUS COUNSEL

John C. Keenan hereby withdraws as Amicus Counsel on behalf of State of Idaho Department of Insurance. On November 1, 2024, Mr. Keenan will be leaving the Idaho Office of the Attorney General for the Department of Insurance. The State of Idaho Department of Insurance will be represented by Michael Witry as Amicus Counsel.

Dated: November 1, 2024

Respectfully submitted,

JOHN C. KEENAN
DEPUTY ATTORNEY GENERAL
ATTORNEY GENERAL RAÙL LABRADOR

IDAHO DEPARTMENT OF INSURANCE
700 W. State Street, 3rd Floor
Boise, ID 83720
(208) 334-4283
john.keenan@doi.idaho.gov


/s/ Michael Witry
MICHAEL WITRY
DEPUTY ATTORNEY GENERAL
ATTORNEY GENERAL RAÙL LABRADOR
IDAHO DEPARTMENT OF INSURANCE
700 W. State Street, 3rd Floor
Boise, ID 83720
(208) 334-4219
michael.witry@doi.idaho.gov

# CERTIFICATE OF SERVICE

I hereby certify that, on November __1__, 2024, I electronically filed the foregoing document with the Clerk of the Court for the U.S. Court of Appeals for the Seventh Circuit using the CM/ECF system, which sent notification of such filing to counsel of record in this case.

                                                                                     /s/ John C. Keenan

JOHN C. KEENAN
DEPUTY ATTORNEY GENERAL
ATTORNEY GENERAL RAÙL LABRADOR
IDAHO DEPARTMENT OF INSURANCE
700 W. State Street, 3rd Floor
Boise, ID 83720
(208) 334-4283
john.keenan@doi.idaho.gov