# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 6, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>                Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>                Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

   Upon consideration of the **NOTICE OF SUBSTITUTION OF AMICUS COUNSEL**, filed on November 1, 2024, by attorney John C. Keenan,

   **IT IS ORDERED** that attorney John C. Keenan may withdraw from further representation of amici curiae Idaho Department of Insurance and Dean Cameron. The clerk will update the docket to reflect that Michael Witry is substituted as counsel of record for amici curiae Idaho Department of Insurance and Dean Cameron.

form name: **c7_Order_BTC**    (form ID: **178**)