No. 24-1947
_____

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

_____

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,

*Plaintiff-Appellant,*

*v.*

ADRIANNE TODMAN, ACTING SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AND UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

*Defendants-Appellees.*

_____

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:13-cv-08564
Before the Honorable Chief Judge Rebecca R. Pallmeyer

_____

**NOTICE OF CHANGE OF ADDRESS OF AMICI
ATTORNEYS ALISA TIWARI and BRIAN CORMAN**

**PLEASE TAKE NOTICE** that the undersigned attorneys have changed their office address to the following:

> Cohen Milstein Sellers & Toll PLLC
> 1100 New York Ave., N.W.
> Suite 800
> Washington, D.C. 20005

The Court and all counsel and parties are hereby requested to make note of this change and send all notices, orders, pleadings and other communications concerning the above-captioned matter to the new address. The firm's telephone number and the attorneys' email addresses remain the same.

Dated: November 25, 2024     */s/ Alisa Tiwari*
                             Alisa Tiwari
                             Brian Corman
                             Cohen Milstein Sellers & Toll PLLC
                             1100 New York Ave., N.W.
                             Suite 800
                             Washington, D.C. 20005
                             Tel.: (202) 408-4600
                             Fax.: (202) 408-4699

## **Certificate of Service**

I hereby certify that on November 25, 2024, I electronically filed this NOTICE with the Clerk of the Court using the appellate CM/ECF system, which effected service to the attorneys of record in this matter who are registered with the Court's CM/ECF system.

/s/ *Alisa Tiwari*
Alisa Tiwari
*Counsel for Amici Curiae*