IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, *et al.*, <br><br> Defendants-Appellees. | No. 24-1947 |

**MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES
AND NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Pursuant to Circuit Rule 3(d), Stephanie R. Marcus hereby moves to withdraw as counsel in the above-captioned appeal and to substitute Jeffrey E. Sandberg as counsel of record for defendants-appellees Adrianne Todman and the U.S. Department of Housing and Urban Development (HUD).  Mr. Sandberg, who is also an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice, is filing his appearance as counsel of record today.  Ms. Marcus is withdrawing as counsel because she will be retiring from the Department of Justice on December 28, 2024.

Respectfully submitted,

s/ Stephanie R. Marcus

STEPHANIE R. MARCUS
Attorney, Appellate Staff
Civil Division, Room 7539
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C.  20530
(202) 514-1633

DECEMBER 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limitation in Fed. R. App. P. 27(d)(2)(A), and the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E).  The word processing program (Word for Microsoft 365) used to prepare the motion reports that the motion is 143 words long.  The motion has been prepared in a proportionally spaced typeface using Word for Microsoft 365 with Book Antiqua, 14 point font.

/s/ Stephanie R. Marcus
Stephanie R. Marcus

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.  I further certify that on this 2nd day of December, 2024, I served the foregoing motion on counsel of record via the CM/ECF system.

/s/ Stephanie R. Marcus
Stephanie R. Marcus