## UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 3, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>   Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>   Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

Upon consideration of the **MOTION TO WITHDRAW AS COUNSEL FOR APPELLEES AND NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**, filed on December 2, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED**. Attorney Stephanie R. Marcus may withdraw from further representation of the appellees in this matter. Attorney Jeffrey E. Sandberg will serve as counsel of record for appellees Adrianne Todman and the United States Department of Housing and Urban Development.

form name: **c7_Order_BTC**     (form ID: **178**)