# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

December 13, 2024

*By the Court:*

|  | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA, Plaintiff - Appellant |
|---|---|
| No. 24-1947 | v. |
|  | ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564 Northern District of Illinois, Eastern Division District Judge Rebecca R. Pallmeyer | |

To assist the Court in its consideration of this appeal, **IT IS ORDERED** that the parties file supplemental briefs addressing whether the appellant, Property Casualty Insurers Association of America, has Article III standing to pursue its challenge to the U.S. Department of Housing and Urban Development's regulation, 24 C.F.R. § 100.500(c). The supplemental briefs may not exceed seven pages and are due by Monday, January 6, 2025, at 5:00 p.m.