# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEF DEFICIENCY LETTER

January 6, 2025

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

**To:**　　Colleen Campbell
　　　　　WILMER CUTLER PICKERING HALE & DORR LLP
　　　　　1225 17th Street
　　　　　Suite 2600
　　　　　Denver, CO 80202

　　　　　Kelly Patrick Dunbar
　　　　　WILMER CUTLER PICKERING HALE & DORR LLP
　　　　　2100 Pennsylvania Avenue, N.W.
　　　　　Washington, DC 20037

Seth P. Waxman
WILMER CUTLER PICKERING HALE & DORR LLP
2100 Pennsylvania Avenue, N.W.
Washington, DC 20037

Documents that are determined by the Clerk's Office to be procedurally deficient **must be corrected and returned for filing within three (3) days** from the date of this notice. **Previously set deadlines will not be automatically extended by this deficiency notice.** Copies of the revised document must be served upon all other parties. **The substance of the document must not be changed;** <u>only</u> the procedural deficiency is to be corrected. If the initial filing was untimely or if the revised document is not resubmitted to the Clerk's Office for filing within the three (3) days, a motion for leave to file instanter must accompany it, and must also be served upon all other parties.

Today this office "Received" your brief, which has been deemed deficient for filing due to the following procedural concern(s):

A table of contents with page references is required. Fed. R. App. P. 28(a)(2) and 28(b).

A table of authorities (one alphabetically arranged list), statutes, and other authorities with references to the pages where they are cited in the brief is required. See Fed. R. App. P. 28(a)(3) and 28(b).

The resubmission will be deemed timely if the electronic filing is accomplished within three (3) days of this notice (by 11:59 pm on the third day of this notice).

Sincerely,
Clerk of the Court


By: Deputy Clerk:

_____
S. K.

NOTE:    Counsel should notify the Clerk's Office within two (2) days of the deficiency letter if they would like the deficient briefs returned at counsel's expense. If not, the deficient briefs will be discarded.

form name: **c7_Brief_Deficiency_Letter**     (form ID: **187**)