No. 24-1947

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,

*Plaintiff-Appellant*,

v.

ADRIANNE TODMAN, ACTING SECRETARY OF THE DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, AND UNITED STATED DEPARTMENT OF HOUSING AND URBAN DEVELOPEMENT,

*Defendants-Appellees*.

On Appeal from the United States District Court
for the Northern District of Illinois, No. 1:13-cv-08564
Before Honorable Chief Judge Rebecca R. Pallmeyer

## NOTICE OF SUBSTITUTION OF COUNSEL FOR AMICUS CURIAE STATE OF MONTANA AND THE MONTANA COMMISSIONER OF SECURITIES AND INSURANCE

John C. Keenan withdrew as Amicus Counsel on November 1, 2024 (Doc. 66). The below undersigned counsel will continue to represent the State of Montana and the Montana Commissioner of Securities and Insurance as amicus curiae.

In accordance with Circuit Rule 43, the undersigned gives notice that Commissioner James Brown was sworn in January 6, 2025, replacing former Commissioner Troy Downing.

Dated:  January 16, 2025.

                              Respectfully submitted,

                              /s/ Mark Mattioli_____
                            MARK MATTIOLI
                            SENIOR LEGAL COUNSEL
                            KATE MCGRATH ELLIS
                            INTERIM CHIEF LEGAL COUNSEL
                            MONTANA COMMISSIONER OF
                            SECURITIES AND INSURANCE
                            COMMISSIONER TROY DOWNING
                            840 Helena Ave.

Helena, MT 59601  
(406) 444-2040  
mark.mattioli@mt.gov  
Kate.Ellis@mt.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on January 16, 2025, I electronically filed the foregoing document with the Clerk of Court for the U.S. Court of Appeals for the Seventh Circuit using the CM/ECF system, which sent notification of such filing to counsel of record on this case.

    /s/ Mark Mattioli_____
MARK MATTIOLI