IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,

*Plaintiff-Appellant*,

v.

MATTHEW E. HAMMON*, Acting Secretary of the U.S. Department of Housing and Urban Development, *et al.*,

*Defendants-Appellees*.

No. 24-1947

**MOTION TO HOLD APPEAL IN ABEYANCE**

Pursuant to Federal Rule of Appellate Procedure 27, defendants-appellees U.S. Department of Housing and Urban Development (HUD) *et al.* respectfully move to hold this appeal in abeyance.

**1.** This appeal concerns a pre-enforcement challenge to a final rule issued by HUD in 2023 addressing the decisional framework for analyzing discriminatory-effects claims under the Fair Housing Act. *See* 88 Fed. Reg. 19,450 (Mar. 31, 2023) (2023 Rule). Plaintiff-appellant Property Casualty Insurers Association of America (PCI) alleges that the 2023 Rule is unlawful as

---

* Matthew E. Hammon is automatically substituted for the previously named lead defendant, former Acting Secretary Adrianne Todman, by operation of Fed. R. App. P. 43(c)(2).

applied to the ratemaking and underwriting practices of homeowners' insurers. After the district court entered summary judgment for the government on the merits, PCI appealed. Oral argument was held on January 16, 2025, before Judges Scudder, Kirsch, and Lee.

**2.** Due to the recent change in administration on January 20, 2025, HUD is now under new leadership. Although new agency officials are still in the process of onboarding and familiarizing themselves with all of the issues presented by pending litigation, HUD's leadership have indicated that the agency intends to reconsider the 2023 Rule.

**3.** Because HUD's forthcoming actions may obviate the need for this Court to address the merits of PCI's challenges, we respectfully suggest that this appeal be placed in abeyance, with a status report due from the government in 60 days. Such an abeyance will conserve judicial resources and promote the efficient and orderly disposition of this appeal.

**4.** We have conferred with opposing counsel, who indicated that PCI opposes this motion and intends to file a response shortly.

## CONCLUSION

For the foregoing reasons, the government respectfully requests that this appeal be held in abeyance, with a status report to be filed by the government in 60 days.

Respectfully submitted,

MICHAEL S. RAAB
/s/ *Jeffrey E. Sandberg*
JEFFREY E. SANDBERG
(202) 532-4453
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave. NW
   Room 7214
   Washington, DC 20530

*Counsel for Defendants-Appellees*

FEBRUARY 2025

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), it contains 290 words.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey E. Sandberg
　　　　　　　　　　　　　　　　　　Jeffrey E. Sandberg
　　　　　　　　　　　　　　　　　　*Counsel for Defendants-Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2025, I electronically filed the foregoing motion with the Clerk of Court by using the appellate CM/ECF system. I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

　　　　　　　　　　　　　　　　　　/s/ Jeffrey E. Sandberg
　　　　　　　　　　　　　　　　　　Jeffrey E. Sandberg
　　　　　　　　　　　　　　　　　　*Counsel for Defendants-Appellees*