# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 6, 2025

*By the Court:*

| | |
|---|---|
| No. 24-1947 | PROPERTY CASUALTY INSURERS ASSOCIATION OF AMERICA,<br>　　　　Plaintiff - Appellant<br><br>v.<br><br>ADRIANNE TODMAN, Acting Secretary of the Department of Housing and Urban Development, and UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,<br>　　　　Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:13-cv-08564<br>Northern District of Illinois, Eastern Division<br>District Judge Rebecca R. Pallmeyer | |

The following are before the court:

1. **MOTION TO HOLD APPEAL IN ABEYANCE**, filed on February 3, 2025, by counsel for the appellees,

2. **APPELLANT'S OPPOSITION TO APPELLEES' MOTION TO HOLD APPEAL IN ABEYANCE**, filed on February 3, 2025, by counsel for the appellant.

**IT IS ORDERED** that the motion is **DENIED**. The case remains under advisement, and the parties shall inform the court promptly of any changed circumstances.

form name: **c7_Order_BTC**　　(form ID: **178**)