**U.S. Department of Justice**
Civil Division
950 Pennsylvania Ave. NW
Washington, DC 20530

(202) 598-6735

VIA CM/ECF

January 23, 2026

Christopher G. Conway, Clerk of Court
United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

Re: *Property Casualty Insurers Association of America v. Todman*, No. 24-1947 (argued Jan. 16, 2025)

Dear Mr. Conway:

Pursuant to Federal Rule of Appellate Procedure 28(j), the government respectfully files this letter to advise the Court that, on January 14, 2026, the Department of Housing and Urban Development (HUD) issued a notice of proposed rulemaking to revoke the regulatory provisions challenged in this case. *See* 91 Fed. Reg. 1,475 (Jan. 14, 2026) (2026 NPRM).

This appeal concerns a pre-enforcement challenge to a final rule issued by HUD in 2023 addressing the decisional framework for analyzing discriminatory-effects claims under the Fair Housing Act. *See* 88 Fed. Reg. 19,450 (Mar. 31, 2023) (2023 Rule). Plaintiff-appellant Property Casualty Insurers Association of America (PCI) alleges that the 2023 Rule is unlawful as applied to the ratemaking and underwriting practices of homeowners' insurers. After the district court entered summary judgment for the government on the merits, PCI appealed. Oral argument was held on January 16, 2025, before Judges Scudder, Kirsch, and Lee.

In the 2026 NPRM, HUD proposes to revoke the provisions of the

2023 Rule challenged here. *See* 91 Fed. Reg. at 1,476. The 2026 NPRM states that "several factors have prompted HUD to reconsider its discriminatory effects regulations," including the issuance of Executive Order 14281, which "instructs all federal agencies including HUD to, in coordination with the Attorney General, review existing regulations and rules that impose disparate impact liability and consider amendment or repeal of these regulations as appropriate under applicable law." *Id.* HUD issued the 2026 NPRM on January 14, 2026, and has provided for a 30-day comment period on the proposal.

Sincerely,

/s/ David L. Peters
David L. Peters
Civil Division, Appellate Staff
U.S. Department of Justice
(202) 598-6735
david.l.peters @usdoj.gov

*Counsel for Defendants-Appellees*

cc: all counsel of record (via CM/ECF)